IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ERIC J. GRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:11-CV-00015 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| STATE INDUSTRIES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The initial case management conference is reset for **Friday, June 6, 2011 at 10:00 a.m. in Columbia, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the 5th day of April, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge