IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ERIC J. GRAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:11-cv-0015 |
| v. | ) JURY DEMAND |
| | ) |
| STATE INDUSTRIES, INC. dba | ) JUDGE HAYNES |
| APCOM and | ) |
| A.O. SMITH CORPORATION, | ) |
| | ) |
| Defendant. | ) |

[Handwritten notations: "Denied — The motion is Denied, matters to be filed at the conference"]

JOINT MOTION TO TRANSFER VENUE
AND RESCHEDULE CASE MANAGEMENT CONFERENCE

The parties, by and through undersigned counsel, jointly move this Court to transfer the venue of this action from the Columbia Division of the Middle District of Tennessee to the Nashville Division. As grounds, the parties submit that Plaintiff was employed in Franklin, Tennessee which is located within the Nashville Division of the Middle District of Tennessee, and therefore her claims arose in the Nashville Division of the Middle District of Tennessee. WHEREFORE, the parties move that the venue of this action be transferred from the Columbia Division to the Nashville Division and that the initial case management conference currently scheduled for June 6, 2011 in Columbia, Tennessee be reset at the Court's earliest convenience on a date when the Court is sitting in Nashville.